UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LOCKHEED MARTIN CORPORATION
SALARIED SAVINGS PLAN,

    Plaintiff,

v.

ELIZABETH DANIELLE HICKS-HAYNIE;
DOROTHY A. HENRY, as Representative of the
Estate of JEROME LATODD HAYNIE; JAMAL
LATRELL HAYNIE; L. H., a minor, and J. H., a
minor, through their guardians ad litem
JACQUELINE KELLER AND STEVEN
KELLER,

    Defendants.
_____/

**CASE NO.: 1:23-cv-01105-SOH**

## LOCKHEED MARTIN CORPORATION SALARIED SAVINGS PLAN'S COMPLAINT FOR INTERPLEADER RELIEF

COMES NOW Plaintiff LOCKHEED MARTIN CORPORATION SALARIED SAVINGS PLAN ("SSP") and hereby files its claim for Interpleader Relief in this matter against the Defendants, ELIZABETH DANIELLE HICKS-HAYNIE, DOROTHY A. HENRY, as Representative of the Estate of JEROME LATODD HAYNIE, JAMAL LATRELL HAYNIE; and L. H., and J. H., minors, through their guardians ad litem JACQUELINE KELLER and STEVEN KELLER, SSP brings this claim for Interpleader Relief pursuant to Rule 22, *Fed.R.Civ.P.* and respectfully states as follows:

### JURISDICTION AND VENUE

1. SSP is an employee benefit plan under the Employee Retirement Income Security Act of 1974 ("ERISA"), sponsored and administered by Lockheed Martin Corporation ("Lockheed Martin").

2. Lockheed Martin is organized and exists under the laws of the state of Maryland with its principal place of business in Bethesda, Maryland. 28 U.S.C. § 1332(c)(1)("a corporation shall be deemed to be a citizen of any state by which it has been incorporated and the state where it has its principal place of business").

3. Defendant, Elizabeth Danielle Hicks-Haynie, formerly domiciled in and resident of Camden, Arkansas, now incarcerated by the Arkansas Department of Corrections, McPherson Unit, Newport, Jackson County, Arkansas, and is a citizen of the state of Arkansas.

4. Defendant, Dorothy A. Henry, is domiciled in and resident of Waldo, Columbia County, Arkansas and is the personnel representative of the Estate of Jerome LaTodd Haynie, deceased.

5. Defendant Jamal Latrell Haynie, age 19 is, on information and belief, domiciled in and a resident of, Camden, Ouachita County, Arkansas.

6. Defendants L. H. and J. H., minors, through their guardians ad litem, Jacqueline and Steven Keller, are on information and belief domiciled in and residents of Camden, Ouachita County, Arkansas.

7. The Estate of Jerome LaTodd Haynie was established, upon information and belief, in Ouachita County, Arkansas.

8. This Court has jurisdiction over this Interpleader action under Rule 22, *Fed.R.Civ.P.* as both diversity and federal question jurisdiction exists.

9. Under Rule 22, *Fed.R.Civ.P.*, the Plaintiff, SSP, and the Defendants are residents of and/or domiciled in different states and therefore there is complete diversity between the parties as required. Accordingly, there is the requisite diversity for bringing an Interpleader claim under Rule 22, *Fed.R.Civ.P.*

10. The disputed funds at issue herein, which are held by the SSP for Decedent Jerome LaTodd Haynie, totals approximately $75,750 (as adjusted for investment gains and losses).

11. Pursuant to Rule 22, *Fed.R.Civ.P.*, the stakeholder and the adverse potential claimant are of diverse citizenship as defined by 28 U.S.C. § 1332 and amount in controversy exceeds $75,000.00.

12. In addition, this Court has original jurisdiction over this action pursuant to federal question jurisdiction under 28 U.S.C. §1331 because this action arises under ERISA, 29 U.S.C. §1001 *et seq.*, a law of the United States, and provides an independent basis for federal jurisdiction sufficient for interpleader relief under Rule 22, *Fed.R.Civ.P.*

13. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) as the Defendants are domiciled in this state, and at least one of the Defendants resides in this District and Division of Federal Court.

## FACTUAL BACKGROUND

14. Lockheed Martin offers to its eligible employees, the SSP, which is intended to qualify under Section 401(a) of the Internal Revenue Code of 1986, as amended (the "Code"), and to comply with the provisions of ERISA.  *See* Plan documents attached **Exhibit "A"**.

15. On or about April 18, 2019, Decedent Haynie designated Defendant, Elizabeth Haynie, as the primary beneficiary of his SSP account.  *See* attached **Exhibit "B"**.

16. Decedent Haynie did not designate a contingent beneficiary to his SSP account.

17. On September 7, 2021, Decedent Haynie died.  *See* Death Certificate attached **Exhibit "C"**.

18. On or about September 6, 2021, Decedent Jerome Haynie was shot and killed. Defendant, Elizabeth Haynie, was charged with murder in the first degree regarding his death and

her case was tried to a jury on August 22-23, 2023 in a case styled *State of Arkansas v. Elizabeth Haynie*, No. 52CR-2-21-272, Circuit Court, Thirteenth Judicial District, Third Division. She was convicted of murder in the first degree and sentenced on August 23, 2023 to life in prison plus 180 months enhancement for use of a firearm in commission of a felony in the Circuit Court of Ouachita County, Arkansas. *See* attached **Exhibit "D"**. The conviction is, on information and belief, currently on appeal.

19. The Estate of Jerome Haynie, through Personal Representative Dorothy Henry, has made claim for the proceeds of Decedent Haynie's SSP account (the "Disputed Proceeds") on or about February 15, 2022. The Estate's claim is based on the assertion that Elizabeth Haynie is ineligible to receive the Disputed Proceeds by virtue of the Arkansas "Slayer Statute", A.C.A. §18-4-204. *See* attached **Exhibits "D" and "E"**. Defendant Elizabeth Haynie is a potential claimant of the Disputed Proceeds as the named beneficiary on the account. *See* attached **Exhibit "B"**.

20. Minors Jamal Latrell Haynie, L. H., and J. H., through their guardians ad litem Jacqueline and Steven Keller, are claimants or potential claimants to the Disputed Proceeds by virtue of counsel correspondence. See attached **Exhibit "F"**.

21. Based on conflicting claims and potential claims for the Disputed Proceeds, the SSP is unable to determine the rightful beneficiary or beneficiaries of the Disputed Proceeds.

22. SSP claims no title to, or interest in, the Disputed Proceeds and is ready and willing to pay the proceeds to the person, persons and/or entities entitled to it, but the SSP is unable to make a determination as to who is legally entitled to receive the disputed SSP proceeds at issue without exposing itself to double or multiple liability from Defendants.

23. SSP is ready, willing to deposit immediately with this Court the value of the Disputed Proceeds in the approximate amount of $75,750, adjusted for investment gains and

losses, or to hold such funds in trust until this Court makes a determination as to the person, persons and/or entities entitled to the funds.

24. SSP has no means other than this interpleader action to protect itself against prospective double or multiple liabilities for the claims made by Defendants, to the Disputed Proceeds payable under the SSP.

25. SSP specifically reserves its right to seek attorneys' fees and costs for bringing this interpleader action.

WHEREFORE, SSP requests that the Court enter a judgment:

a. Directing Defendants DOROTHY HENRY, as Representative of the Estate of Jerome Haynie, and ELIZABETH HAYNIE, JAMAL LATRELL HAYNIE, and L. H., and J. H., through their guardians ad litem, JACQUELINE KELLER AND STEVEN KELLER, to interplead their rights to such sum;

b. Prohibiting the Defendants and their wards from instituting any action against the SSP to recover such sum;

c. Discharging the SSP from all liability to each arising out of matters herein set forth upon payment of the Disputed Proceeds, adjusted for investment gains and losses, if any, into the Court's registry or, upon Order of this Court, to the person, persons and/or entities legal entitled to the funds; and

d. Awarding to SSP its costs and attorney's fees associated with this action from the funds it seeks to interplead.

DATED: November 16, 2023.                Respectfully submitted,

                                         _____
                                         Melissa Kimberly Hodges (AR#2019018)
                                         *Attorneys for Plaintiff Lockheed Martin*
                                         *Corporation Salaried Savings Plan*

5

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
International Place – Tower II
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Tele: 901-766-4306
Kim.Hodges@ogletreedeakins.com

6